UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :    16-cr-567-1 (JSR)
         -v-                           :
                                       :    ORDER
KEVIN WALKER,                          :
                                       :
         Defendant.                    :
                                       :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Now before the Court is Kevin Walker's third pro se letter
requesting an extension of time to file a motion under 28 U.S.C.
§ 2255 (to be docketed).  By memorandum order dated January 13,
2021, ECF No. 255, the Court extended Walker's time to file a
§ 2255 motion through May 4, 2021 because Walker's access to the
prison law library was quite limited due to COVID-19 related
lockdowns.  Walker now writes that many prisoners, including Walker
himself, have contracted COVID-19, so COVID-19 related lockdowns
remain in place.  For this reason and the reasons articulated in
the Court's prior memorandum order, ECF No. 255, the Court grants
in part Walker's request for a further extension.  Walker's time
to file a motion pursuant to 28 U.S.C. § 2255 is hereby extended
to September 1, 2021.  There will be no further extensions.

    SO ORDERED.

Dated:    New York, NY
          February 22, 2021        _____
                                   United States District Judge

1