USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  10/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KEVIN WALKER,

           Plaintiff,

    -v.-

UNITED STATES OF AMERICA,

           Defendant.

------------------------------------------------------------------------x

**ORDER**

21-CV-7887 (JSR) (KHP)
16-CR-0567 (JSR)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    Plaintiff has filed a motion, dated October 1, 2021, seeking an extension to file its reply to the Government's answer. Plaintiff's reply in support of his petition is currently due on December 24, 2021; that is, 30 days after the government's answer to the petition.  Plaintiff shall file a letter with the Court by November 30, 2021 advising it whether Plaintiff needs additional time to file a response to the Government's answer.  Accordingly, Plaintiff's motion for an extension is denied.

    **The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

SO ORDERED.

Dated: New York, New York
      October 7, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge