USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
KEVIN WALKER,

        Plaintiff,

        -v.-

UNITED STATES OF AMERICA,

        Defendant.
-----------------------------------------------------------------------x

**ORDER**

21-CV-7887 (JSR) (KHP)
16-CR-0567 (JSR)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    Plaintiff has filed a motion, dated November 9, 2021, asserting that Defendant has failed to timely file its answer and requests that the Court deny any extension that the Defendant may seek.  (ECF No. 11.)  However, the Court's Order entered on September 24, 2021 provided the Defendant 60 days to file its answer, until November 23, 2021.  (ECF No. 4.)  Accordingly, Plaintiff's motion is premature and hereby DENIED.

    Plaintiff has also advised the Court that he currently does not have access to the law library.  In light of such difficulties, Plaintiff shall have 90 days from the filing of Defendant's answer to submit any responsive pleading.

    **The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

SO ORDERED.

Dated: New York, New York
       November 18, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge