```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                         :
KEVIN WALKER,                                                            :
                                                                         :
                       Plaintiff,                                        :     ORDER
                                                                         :
          -v.-                                                           :     21-CV-7887 (JSR) (KHP)
                                                                         :     16-CR-0567 (JSR)
UNITED STATES OF AMERICA,                                                :
                                                                         :
                       Defendant.                                        :
                                                                         :
------------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 18, 2021, the Court provided Plaintiff 90 days from the filing of Defendant's answer to submit a reply. (ECF No 12.). The Defendant filed its answer on November 23, 2021 (ECF No. 13) which provided Plaintiff until February 22, 2022 to respond. The Court has yet to receive Plaintiff's reply. Accordingly, in light of Plaintiff's *pro se* status, the Court grants Plaintiff until April 29, 2022 to file his reply. If no reply is received, the Court shall render its decision based on the submitted briefing.

**The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

**SO ORDERED.**

Dated: New York, New York
       February 28, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge