```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KEVIN WALKER,<br><br>    Defendant. | 16-cr-567 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Mr. Walker submitted a motion to this Court alleging an error in his restitution calculation on July 30, 2025. ECF No. 275. The government opposed that motion on September 6, 2025. ECF No. 276. The Court denied Mr. Walker's motion on September 9, 2025. ECF No. 277.

After the Court had issued its denial of the motion, Mr. Walker submitted a letter to this Court requesting 45 days to respond to the government's brief. The Court recognizes that Mr. Walker had likely not received the Court's order prior to mailing his letter.

The Court will allow Mr. Walker to submit a further filing in relation to his original motion, but it will treat the new submission as a motion for reconsideration. This motion for reconsideration is due by November 8, 2025.

SO ORDERED.

Dated: New York, NY
September 24, 2025

JED S. RAKOFF, U.S.D.J.

1